IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated | : : : | |
| Plaintiff, | : : | Case No. 3:18-cv-728-SRU |
| v. | : : : : | |
| DISCOUNT POWER, INC. and TNZ ENERGY, LLC | : : : | |
| Defendants. | / | |

## STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case. None of the rights of any putative class members other than the plaintiff has been released or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 3rd day of January, 2019.

By */s/ Anthony Paronich*
   Anthony Paronich
   Broderick & Paronich, P.C.
   99 High Street, Suite 304
   Boston, MA 02110
   (617) 738-7080
   anthony@broderick-law.com

   *Counsel for Plaintiff*

By */s/ Thomas C. Blatchley*
   Thomas C. Blatchley
   Gordon & Rees LLP
   95 Glastonbury Blvd., Suite 206
   Glastonbury, CT 06033
   (860) 494-7525
   tblatchley@grsm.com

   *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I, hereby certify that on January 3, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

                          */s/ Anthony Paronich*
                          Anthony Paronich